# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LABIN LIONEL GARNER

NO. 2021 KW 1032

**AUGUST 27, 2021**

In Re:    Labin Lionel Garner, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-04341.

**BEFORE:    McCLENDON, WELCH AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT